# IOWA CIVIL RIGHTS COMMISSION COMPLAINT FORM

Complaint of Discrimination under Iowa Code Chapter 216, "Iowa Civil Rights Act of 1965"
*NOTE*: A copy of this complaint will be sent to the Organization or person you are filing against.

---

(AGENCY USE ONLY)
ICRC CP#_____   Iowa Civil Rights Commission
Local Commission#_____   400 East 14th Street
EEOC#_____   Des Moines, IA 50319-0201
515-281-4121 / 800-457-4416 / Fax: 515-242-5840 / http://www.state.ia.us/government/crc

---

(TYPE OR PRINT)
**1.** What is your legal name? _____*Lisa Ann Blazek*_____

**2.** What is your mailing address? _____

City: _____ State: _____ Zip Code: _____

**3.** Telephone #: _____

**4.** Your date of birth? _____   Your sex? ___*Female*___

Your Race? ___*Caucasion*___ Your National Origin? ___*United States*___

**5. Check the reason for the discrimination. (I was discriminated against because of my …)**

| | |
|---|---|
| RACE | Black   White   Asian   American Indian<br>Other (please identify): _____ |
| NATIONAL ORIGIN | Hispanic   Mexican   East Indian<br>Arab/Afghani/Middle Eastern   Other (please identify): |
| SEX | √ Female   Male |
| SEXUAL ORIENTATION | Heterosexual   Gay   Lesbian   Bisexual |
| GENDER IDENTITY | |
| PREGNANCY | |
| DISABILITY (Real or Perceived) | Physical   Mental |
| RELIGION/CREED | Please Identify: _____ |
| COLOR | Light skinned   Dark skinned |
| AGE (Employment or Credit only) | |
| FAMILIAL STATUS (Housing or Credit only) | Presence of children |
| MARITAL STATUS (Credit only) | |
| RETALIATION | √   Because I filed a prior civil rights complaint, opposed a discriminatory practice or participated as a witness in an anti-discrimination proceeding. |

Page 1 of 8


EXHIBIT A

**6.** Please check the **AREA** in which the discrimination occurred.
- √ **Employment**
- **Education**
- **Public Accommodation**
- **Credit**
- **Housing**
- √ **Retaliation**

**7.** Please check the **ACTION** that the Organization took against you. (Check all that apply)

- Demotion
- √ Denied Accommodation/Modification
- √ Denied Benefits
- Denied Financial Services/Credit
- Denied Service
- Disciplined/Suspended
- Eviction
- Failure to Hire
- √ Failure to Promote
- Failure to Rent
- Failure to Train

- √ Forced to Quit/Retire
- √ Harassment
- Laid-Off/ Failure to Recall
- √ Reduced Hours
- √ Reduced Pay
- √ Sexual Harassment
- Terminated
- √ Undesirable Assignment/Transfer
- Unequal Pay

Other: _____

**8.** What is the Full Legal Name of the **Organization** that discriminated against you?
[This Organization will be charged with discrimination and will be given a copy of your complaint.]

_____***United States Cellular Corporation d.b.a U.S. Cellular***_____

What is their mailing address? _____***901 11th Street SW***_____

City: ___***Spencer***___ County: ___***Clay***___
State: ***Iowa***
Zip Code: ___***51301***___ Telephone #: (***712***) ___***262***___ - ___***4444***___

**9.** If the organization listed in **#8 has a Parent Organization** or **Corporate Office** list it here.
[This Organization will also be charged with discrimination and will be given a copy of your complaint.]

_____***United States Cellular Corporation d.b.a U.S. Cellular***_____

What is their mailing address? _____***8410 W. Bryn Mawr, Suite 700***_____

City: ___***Chicago***___ State: ___***Illinois***___

Zip Code: ___***60631***___ Telephone #: (***773***) ___***399***___ - ___***8900***___

**10.** Where did the discrimination occur?

City: ***Spencer*** County: ___***Clay***___ State: ___***Iowa***___

Address: _____ **_901 11th Street SW_** _____

**11.** What does the organization do? What services does the organization provide?

_____ **_Provides wireless service, cellular telephones and equipment_** _____

**12.** If Employment is the Area, give approximate number of ALL employees (full-time & part-time) at ALL employer locations nationwide (**REQUIRED**): _____

4-14        15-19        20-100        101-200        201-500        √ 500+

**13.** Have you filed this complaint with any other Federal, State, or Local anti-discrimination agency?        Yes        √ No

If yes, what agency? _____ When? _____

**14.** If you are claiming harassment, who harassed you?
[**This person will be charged with discrimination and will be given a copy of your complaint.**]

Name: _____ **_Jeff Storey_** _____
Title: _____ **_sales & service_** _____
Work or Home Address:

Name: _____ **_Dave Seirck_** _____
Title: _____ **_sales & service_** _____
Work or Home Address:

Name: _____ **_Paul Daniels_** _____
Title: _____ **_Store Manager_** _____
Work or Home Address:

Name: _____ **_Denis Laroy_** _____
Title: **_investigator_**
Work or Home Address:

**15.** What was the **date** of the **MOST RECENT** discriminatory incident? (Month Day, Year)

_____ **_March 9, 2010_** _____

**16.** If Employment is the Area, what is your hire date or application date?

_____ **_4/17/2007_** _____ (Month Day, Year)

Are you still employed by the **Organization** listed in #8?     Yes          √ No

If no, **when** did your employment end? ___*March 9, 2010*___ (Month Day, Year)

If no, **how** did your employment end?          Terminated          √ Quit

**17. BRIEF SUMMARY OF ALLEGATIONS.** Please state why you feel your basis/ bases was/were a factor in how you were treated. Please be sure to address each action you checked in Question #7. (Please DO NOT identify **people** who may be **witnesses** in support of your complaint.) *(Please read the instructions before writing your brief summary.)*

I was employed by United States Cellular in Spencer, Iowa from April 17, 2007 to March 9, 2010 as a retail wireless consultant. I was constantly subjected to sexual harassment, simply because I am a female, in the form of being made to look at sexually explicit photographs, dealing with unwelcome sexual advances, being forced to listen to sexually explicit stories, jokes and questions, unwanted physical contact and numerous other specific incidents over that period of time.

I complained of these problems numerous times to my supervisor hoping that something would be done to remedy the sexually hostile environment but instead, I was harassed even more, discriminated against, retaliated against and accused of being the problem not the victim. I was constantly put in the position where I just had to deal with it or stick up for myself and cause more retaliation. It got to the point that I could no longer handle going to work. It affected me physically, mentally and emotionally. It took over every aspect of my life.

I believe that I was harassed/ discriminated against in the following ways:

a. **Denied Accommodation/ modification:**
   When I initially reported the sexual harassment to Paul Daniels, his response was that if he talked to anyone about it or was brought into it in any way, someone would be fired. He suggested that I confront the harassers myself rather than he, as a manager, taking care of the problem. His only concern seemed to be one of the harassers losing their job, or him losing his job if word got out.

   Because of my complaints of sexual harassment and the subsequent retaliation, other employees were requesting not to work with me. I had been labeled a "troublemaker" and people went out of their way to ignore me or subject me to more hostility. These requests for accommodations were being met by Paul Daniels, the manager. In fact, he modified MY set schedule to accommodate one the retaliators rather than address and fix the problem.

   When human resources, Janet Youngclause, was finally brought in to address the sexual harassment, rather than modifying the environment, dealing with the harassers or accommodating me, she suggested that I pick up my life, move my family to a new town

and relocate to a different store. She had no intention, and made that perfectly clear, of creating a non-sexually hostile environment, but rather, she intended to uproot the victim.

b. **Denied benefits:**
Because of my reporting of the sexually hostile environment and the subsequent retaliation I received, I was constructively discharged, or rather, I was forced to quit. Because I was no longer an employee of United States Cellular, or an employee of anyone else, I lost a very competitive benefits package. I was denied my benefits by being forced to quit.

c. **Failure to promote:**
Because of my reporting of the sexual harassment and the sexually hostile environment and the subsequent retaliation by employees and managers alike, I was constructively discharged, or rather, I was forced to quit. I lost the opportunity for advancement that I had been striving for over the 3 years that I was employed there. I lost the ability to move up the ladder and better my life and the life of my family because of the sexual harassment, sexually hostile environment and the systematic cover-up of the harassment by management.

d. **Forced to quit or retire:**
Because I chose to report the sexual harassment and the sexually hostile environment, I was subjected to retaliation by employees and management. This unrelenting retaliation quickly began to have a negative affect on my health and wellbeing. Although I gave management every opportunity to remedy or even address the situations, they chose to ignore them and hope they would disappear. It was made clear to me by Paul Daniels, Janet Youngclause and the "investigators" they brought in, that I was on my own. No one was going to help me, the victim, but myself. The sexually hostile environment was not going to change. The retaliation was not going to stop. The only way any of it would go away was if I quit. I gave United States Cellular my letter of resignation on March 9, 2010 after being subjected to sexual harassment, hostility, retaliation and blatant cover up/ denial by management for over 2 years.

e. **Harassment:**
Because I was a female who chose not to partake in the sexually hostile environment and because I complained about the sexually hostile environment on numerous occasions, I was subjected to harassment on a daily basis. By not participating in their sexually deviant actions and stories I was labeled a "prude" and a "goody-goody". I was subjected to name calling, jokes at my expense and actually made more of a target out of myself by refusing to play along. The employees would seek me out to show me things, set me up to see things they knew I did not want to see and put me in awkward positions with customers just because I refused to play along with their sexually hostile games.

I was also put in the position of fearing for my safety as one of the harassers stated that he didn't "trust myself around her." He was that angry with me for trying to put a stop to their harassment.

In addition to the constant barrage of harassment I received from other employees, I was subjected to very hostile harassment by the "investigator" they brought in to review my claims. Denis Leroy, this investigator, actually accused me of having, "something going on with" one of the harassers and that is why I was making a complaint. When I denied his outrageous allegation he got angry and started yelling at me. He would ask the same question over and over as if he was trying to catch me in a lie. I don't feel that he was brought in to investigate my complaint of sexual harassment; I feel he was brought in to investigate me. I feel he was brought in to frighten me and pressure me into admitting that I had no complaint. To be harassed by the person the company brought in to "investigate" my complaint is, in my opinion, the best example of United State's Cellular's systematic cover-up of the blatant, and clearly tolerated, sexual harassment of its employees.

f. **Reduced hours:**
Because I reported the sexual harassment and sexually hostile environment I was subjected to and because of the subsequent retaliation, I was unable to work all of my scheduled hours. Sometimes I was afraid to go to work, having overheard employees talking badly about me, stating they didn't want to work with me and on one occasion even hearing that one of the harassers wasn't sure he could "trust myself around her." Other times I was unable to fulfill my scheduled shifts because of the emotional, physical and mental toll having to work in a sexually hostile environment and having to endure the harassment and retaliation had on me. I lost hours and lost pay because of these situations. I lost hours and lost pay because the management refused to address and fix the problems. I lost hours and lost pay because the employees, and even I, knew that I had no one to turn to, no one to help me and no one on my side.

g. **Reduced pay:**
Because I was forced to endure and chose to report the sexual harassment and sexually hostile environment I was subjected to retaliation. This retaliation made it incredibly difficult for me to do my job. I was paid on an hourly basis, with some commissions. Because of the sexually hostile environment (and subsequent retaliation and harassment), I was unable to perform my job duties to the level I had prior to the sexual harassment. I was unable to work all of my scheduled shifts. Sometimes I was afraid to go to work, having overheard employees talking badly about me, stating they didn't want to work with me and on one occasion even hearing that one of the harassers wasn't sure he could "trust myself around her." Other times I was unable to fulfill my scheduled shifts, which cost me money because I was only paid when I was there and my commissions were only paid if I was selling, because of the emotional, physical and mental toll having to work in a sexually hostile environment and having to endure the harassment and retaliation had on me. I lost hours and lost pay because of these situations. I lost hours and lost pay because the management refused to address and fix the problems. I lost hours and lost pay because the employees, and even I, knew that I had no one to turn to, no one to help me and no one on my side.

h. **Sexual harassment:**
   There was not a day that went by in the United States' Cellular store in Spencer that there were not sexual comments being made. Employees would constantly talk about their sex lives or make comments about the sex lives of the customers coming into the store. Even though I made it clear to all employees that I did not want to be around that kind of behavior, they would still ask me questions like:

   - "How often do you and Colby have sex?";
   - "Did Colby get a little last night?";
   - "What positions do you like?"
   - "How do you shave your bush?"

   When I would tell them to stop they would chastise me and say things like, "Oh, Lisa doesn't like that stuff. Are you going to run and tell on us again Lisa?"

   When I told my manager Paul Daniels about these comments he would again tell me that I should deal with it myself since I was the one that was bothered by it. If I went to higher ups, his job and the harasser's jobs would be in jeopardy. If I didn't deal with it myself it could "cost him his job".

   Along with being subjected to the sexual taunting and questions, I was also forced to hear stories about the sex lives of other employees. Dave Seirck would give very specific details about his sexual relationship with his girlfriend. He would vividly describe sex acts going as far as to tell me that he once, "removed a tampon from her vagina when she was drunk." He would also tell me frequently how much he loved "vaginas".

   Unfortunately, customers were the unwitting subjects of much of the sexually hostile environment. When customers would bring their phones in for service, the first thing that would be done by other employees was to go through the photos on the customers' phones to try and find naked or sexually explicit photos. If photos of that nature were found, they would show them throughout the store. Many times I would be called over to look at something only to find out is was a sexual picture on a customer's phone. I have been shown a woman on her bed with her fingers in her vagina, a man lying on a bed naked and other pornographic materials customers may have had on their phones.

   The male employees would also comment on the female customers when they would come into the store. They would poke each other, or sometimes me, and comment on their, "tits" or "ass". They would also make comments about what their "bushes" might be like. Again, I reported this to management and was again told that I would need to deal with it myself.

i. **Undesirable Assignment/ transfer:**
   When I reported the sexual harassment to my supervisor, Paul Daniels, and the subsequent retaliation I dealt with on a daily basis, his solution was to change my set schedule so that I didn't have to work with some of the worst offenders. Because I have small children and a family, I relied on that set schedule for all outside appointments. When he changed the schedule, he never discussed the change with me. He just changed

the schedule. I had to completely readjust my life and outside schedule to fit with the change in work schedule I did not request nor did I desire.

When I reported the sexual harassment, sexually hostile environment and subsequent retaliation to human resources, Janet Youngclause, her offer was for me to uproot my family and move to a completely new town to relocate to another branch. She did not offer to remedy, or even address, the issues at this branch. She just suggested that shipping me off to another store would solve everyone's problems.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa and the laws of the United States of America that the preceding charge is true and correct.

X _____   _____
**Signature of Complainant**                       **Date**

Intaker Name: Larry   Phone: **1-800-457-4416**; option 9; ext. 1-4430 or 515-281-4430.
Intaker Name: Kerry   Phone: **1-800-457-4416**; option 9; ext. 1-4437 or 515-281-4437.